
ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-6595
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

<p style="text-align:center">UNITED STATES DISTRICT COURT</p>
<p style="text-align:center">FOR THE CENTRAL DISTRICT OF CALIFORNIA</p>
<p style="text-align:center">WESTERN DIVISION</p>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  vs.<br>$12,007.00 IN U.S. CURRENCY,<br>      Defendant. | NO. CV 09-09092 DDP (RZx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

     This action was filed on December 10, 2009.  Notice was given and published in accordance with law.  Plaintiff and potential claimant Victor Cean Porter ("Porter") have reached an agreement that is dispositive of the action.  No other statements

of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendants $12,007.00 in U.S. currency (hereinafter "defendant currency") other than Porter are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture. Porter is relieved of his obligation to file a verified claim of interest or an answer in this litigation.

3. The United States of America shall have judgment as to $10,007.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $2,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid

to Porter, and be returned in care of his attorney, Barry S. Turner.  Said funds shall be forwarded by a check made payable in the amount of $2,000.00 to "Victor Cean Porter" and shall be mailed to Barry S. Turner, Esq., 780 Third Avenue, 14th Floor, New York, NY, 10017.

5. Porter hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 13, 2010

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: _____, 2010   ANDRÉ BIROTTE JR.
                                        United States Attorney
                                        CHRISTINE C. EWELL
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        STEVEN R. WELK
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                             /s/
                                        KATHARINE SCHONBACHLER
                                        Special Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America

DATED: _____, 2010       /s/
                                        BARRY S. TURNER, ESQ.
                                        Attorney for Potential Claimant
                                        VICTOR CEAN PORTER


DATED: _____, 2010       /s/
                                        VICTOR CEAN PORTER
                                        Potential Claimant